UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21-cr-01667-GPC |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS INDICTMENT WITHOUT PREJUDICE** |
| AURELIANO ALEJANDRE, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case against defendant AURELIANO ALEJANDRE be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: October 6, 2021

Hon. Gonzalo P. Curiel
United States District Judge